RICARDO M. GONZALEZ
Attorney at Law
State Bar No. 98993
101 West Broadway, Suite 1950
San Diego, CA 92101-6036
Tel: (619) 238-9910
    FAX: 238-9914

Attorney for Defendant
Adrian Gallardo-Lopez

FILED
APR 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___MB___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ADRIAN GALLARDO-LOPEZ, ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 08MJ01032 <br><br> **SUBSTITUTION OF ATTORNEY** |

Defendant, Adrian Gallardo-Lopez, hereby substitutes RICARDO M. GONZALEZ, 101 West Broadway, Suite 1950, San Diego, CA 92101, telephone (619) 238-9910, as Attorney of Record in place and stead of Maxine I Debro, telephone no. (619) 232-3221

DATED: 4-14-08          _____ADRIAN GALLARDO_____
                              ADRIAN GALLARDO-LOPEZ

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 4/14/08          _____Maxine Debro_____
                              MAXINE I DEBRO

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 4/14/08          _____Ricardo M. Gonzalez_____
                              RICARDO M. GONZALEZ

## ORDER

IT IS SO ORDERED.

DATED: 4/14/08          _____Barbara L. Major_____
                              UNITED STATES MAGISTRATE JUDGE